# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129674

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JASON DALE BAILEY,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129674
COA: 254131
Berrien CC: 03-400159-FC

     On order of the Court, the application for leave to appeal the August 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
Clerk

p0120